United States District Court
Southern District of Texas
**ENTERED**
July 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:23–mj–01417 |
| § | |
| Andrew Venegas § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Counsel Determination Hearing
July 14, 2023 at 10:00 AM
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 13, 2023

_____
Christina A. Bryan
United States Magistrate Judge