UNITED STATES DISTRICT COURT
Southern District of Texas
Office of the Clerk

Nathan Ochsner, Clerk of the Court

# TRANSCRIPTS ORDERED BY JUDGE

By Order of Honorable Drew B. Tipton

Case Name:        USA v. Andrew Venegas
Case Number:      4:23-mj-1417-1

Date of Hearing(s):    7/18/2023- Preliminary Examination & Detention Hearing

Transcripts of the proceedings shall be produced on the following basis:

As soon as verbally ordered or by other means ordered on: 7/18/2023

| Category | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) |
|---|---|
| Ordinary | ☐ |
| 14-Day | ☐ |
| Expedited | ☐ |
| 3-Day | ☐ |
| Daily | ☒ 24 hour turnaround requested |

Transcript to be prepared by: _____

Request completed by: _____       Date: _____

Transcript completed and submitted to the Court on: _____