**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:23–cr–00346 |
| | § | |
| Andrew Venegas | § | |

*DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ORDERED that:

1. MOTIONS will be filed by      August 31, 2023

2. RESPONSES will be filed by      September 11, 2023

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by      October 2, 2023

4. PRETRIAL CONFERENCE is set for      October 2, 2023 at 10:00 AM
   515 Rusk, Courtroom 11A, 11th Floor, Houston, Texas

5. JURY TRIAL set for      October 16, 2023 at 01:30 PM

6. Speedy trial limits waived? (yes/no)

7. Estimated Trial Time:

Direct questions about this schedule to Cynthia Horace, Case Manager to U.S. District Judge Kenneth M. Hoyt, at Cynthia_Horace@txs.uscourts.gov, 713-250-5515.

SIGNED on August 11, 2023, at Houston, Texas.

Sam S. Sheldon
United States Magistrate Judge