IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 4:23-mj-1417 |
| ANDREW VENEGAS | ) | |
| | ) | |

## ORDER ON UNOPPOSED MOTION FOR CONTINUANCE

Pending before the Court is a motion filed by the Defendant for continuance of the sentencing setting. In accordance with 18 U.S.C. § 3161(h)(7)(A), the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(B), a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161(h)(7)(B)(iv) as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendant's Unopposed Motion for Continuance is **GRANTED/DENIED**. A period of excludable delay shall commence from today, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), and end upon the start of trial. **Trial of this case is hereby scheduled to commence on _____.**

    THE SCHEDULING ORDER SHALL BE AMENDED AS FOLLOWS:

MOTIONS will be filed by _____.

RESPONSES due by _____.

PROPOSED VOIR DIRE AND CHARGE due by _____.

PRETRIAL CONFERENCE is set for _____.

**SIGNED** on this the _____ day of October, 2023, at Houston, Texas.

_____
**KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE**