UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.  § | Criminal Number H-23-346 |
| § | |
| ANDREW VENEGAS § | |

**ORDER FOR AGREED PROTECTIVE ORDER**

Having reviewed the Government's Agreed Motion for a Protective Order, and good cause appearing, the Court hereby finds that a Protective Order is appropriate in this case to prevent the harmful disclosure of identities, locations, statements, records and recordings containing personally identifiable information, and photographs of the alleged victims and witnesses in this case (collectively referred to as "protected material"), while still preserving the Defendant's right to a fair trial and meaningful discovery.  IT IS HEREBY ORDERED:

1. The protected material shall not be disclosed or made available for inspection or copying to any person, except as permitted in Paragraph 2;

2. The protected material provided pursuant to this order may be further disclosed to the following people: (a) counsel for the Defendant; (b) associates, secretaries, paralegals, private investigators, and other employees or independent contractors of such attorney to the extent necessary to render professional services in this criminal prosecution; and (c) court officials involved in this case;

3. Persons obtaining access to protected material produced pursuant to this order shall use the information only for the preparation and conduct of this criminal trial; and any connected hearings or appeals.  No information disclosed pursuant to this order shall be used for any other purpose or any other proceeding;

4. The Defendant's counsel may show protected material to the Defendant in the form that it was produced by the Government. However, the Defendant's counsel must retain all copies of protected material and cannot provide the Defendant with a copy.

5. Violation of the instant Protective Order may result in sanctions. Should the parties disagree as to what constitutes protective material, they should bring the matter before the Court for litigation, rather than disobey the terms of the instant Protective Order; and

6. This order applies to any current and future counsel for the Defendant; any objections to this order by future counsel must be raised with the Court.

DATED: _____

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE