IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | No. 4:23-cr-00346 |
| ANDREW VENEGAS | | |

### UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE KENNETH M. HOYT:

COMES NOW, Andrew Venegas, who respectfully requests this Honorable Court to enter an order continuing this cause and in support thereof would show as follows:

1. The United States Government is unopposed to this motion.

2. The case is currently scheduled for Pretrial Conference January 29, 2024, and Trial February 5, 2024.

3. Defense is still awaiting discovery.

4. The United State Government is unopposed to this motion.

5. This motion is not made for delay.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Honorable Court grant this motion and reset the sentencing for 90 days or whichever date this Honorable Court sees fit.

Respectfully submitted,

PAUL DOYLE & ASSOCIATES, P.C.

By: /s/ Paul Doyle
Paul Doyle
State Bar No. 24011387
Trevor Sharon
State Bar No. 24086579
440 Louisiana Suite 2300
Houston, Texas 77002
Phone (713) 228-9200
Fax    (713) 228-9203
paul@pauldoylelaw.com
trevor@pauldoylelaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of January 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Paul Doyle
Paul Doyle
Attorney for Andrew Venegas

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on the 25th day of January 2024, Luis Batarse, Assistant United States Attorney, stating he was unopposed to this motion.

/s/ Trevor Sharon
Trevor Sharon
Attorney for Andrew Venegas