Case 4:23-cr-00346  Document 47  Filed on 03/11/25 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:23-CR-00346 |
| § | |
| ANDREW VENEGAS § | |

**Order for Presentence Investigation and
Disclosure & Sentencing Dates**

The defendant having been found guilty, a presentence report is ordered.

1. By **May 12, 2025**, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **May 27, 2025**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **June 10, 2025**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **June 16, 2025 at 10:00 a.m.** (*no sooner than 35 days from initial disclosure*).

5. To attend interviews with the defendant, counsel must notify the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this Order—to:

   United States Probation Department
   Room 2301, 515 Rusk Avenue, Houston
   Telephone: (713) 250-5266

SIGNED on March 11, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge