5N THE
UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| v. § | |
| § | No. 4:23-cr-00346 |
| ANDREW VENEGAS § | |
| § | |
| Defendant. § | |

## ORDER ON UNOPPOSED MOTION FOR CONTINUANCE AND RESET ALL DEADLINES

Andrew Venegas' Unopposed Motion for Continuance is hereby:

GRANTED / DENIED.

A new scheduling order will be issued.

SIGNED this the _____ day of _____, 2025.

Kenneth M. Hoyt
United States District Judge