United States District Court
Southern District of Texas
**ENTERED**
May 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-CR-00346 |
| | § | |
| ANDREW VENEGAS | § | |

## ORDER

Pending before the Court is the defendant's unopposed motion for continuance and reset all deadlines (Dkt. No. 48). The unopposed motion is granted. The following deadlines are reset as follows:

- The Pre-Sentence Report (PSR) will be disclosed to counsel on August 19, 2025.

- Counsel will file objections or a statement of no objection within fourteen days after disclosure on September 2, 2025.

- The final copy of the PSR and the addendum will be filed with the Court seven days prior to sentencing.

The sentencing will be held:

Date: September 16, 2025

Time: 10:00 a.m.

It is so ORDERED.

SIGNED on May 19, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge