# IN THE
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § | |
| | | No. 4:23-cr-00346 |
| ANDREW VENEGAS | | |

## ORDER ON UNOPPOSED MOTION FOR CONTINUANCE AND RESET ALL DEADLINES

Andrew Venegas' Unopposed Motion for Continuance is hereby:

GRANTED    /    DENIED.

A new scheduling order will be issued.

**SIGNED** on this the _____ day of _____, 2025, at Houston, Texas.

_____
**KENNETH M. HOYT**
**UNITED STATES DISTRICT JUDGE**