IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | No.  4:23-cr-00346 |
| ANDREW  VENEGAS | § | |
| | § | |

UNOPPOSED MOTION FOR CONTINUANCE AND RESET ALL DEADLINES

TO THE HONORABLE JUDGE KENNETH M. HOYT:

COMES NOW, Andrew Venegas, who respectfully requests this Honorable Court to enter

an order continuing this cause and in support thereof would show as follows:

1.  The United States Government is unopposed to this motion.

2.  The case is currently scheduled for Sentencing on November 18, 2025.

3.  Additional discovery is now prepared and the Government and Defense Counsel are coordinating to receive the substantial discovery.

4.  This motion is not made for delay.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Honorable Court grant

this motion and reset the Sentencing and all other deadlines for 90 days or whichever date this

Honorable Court sees fit.

Respectfully submitted,

PAUL DOYLE & ASSOCIATES, P.C.

By: /s/ Paul Doyle

Paul Doyle
State Bar No. 24011387
Trevor Sharon
State Bar No. 24086579
1221 McKinney St, Ste. 2500
Houston, Texas 77010
Phone (713) 228-9200
Fax     (713) 228-9203
paul@pauldoylelaw.com
trevor@pauldoylelaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of November 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Paul Doyle

Paul Doyle
Attorney for Andrew Venegas

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on the 3rd day of November 2025, Luis Batarse, Assistant United States Attorney, stating he was unopposed to this motion.

/s/ Trevor Sharon

Paul Doyle
Attorney for Andrew Venegas