United States District Court
Southern District of Texas
**ENTERED**
November 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-CR-00346 |
| | § | |
| ANDREW VENEGAS | § | |

## ORDER

Andrew Venegas' Unopposed Motion for Continuance and reset all deadlines is hereby GRANTED (Dkt. No. 61). The following deadlines are reset as follows:

- The Pre-Sentence Report (PSR) will be disclosed to counsel on January 20, 2026.

- Counsel will file objections or a statement of no objection within fourteen days after disclosure on February 3, 2026.

- The final copy of the PSR and the addendum will be filed with the Court on February 17, 2026.

The sentencing will be held:

Date: February 23, 2026

Time: 10:00 a.m.

It is so ORDERED.

SIGNED on November 3, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge