IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | No. 4:23-cr-00346 |
| ANDREW VENEGAS | | |

UNOPPOSED MOTION FOR CONTINUANCE AND RESET ALL DEADLINES

TO THE HONORABLE JUDGE KENNETH M. HOYT:

COMES NOW, Andrew Venegas, who respectfully requests this Honorable Court to enter an order continuing this cause and in support thereof would show as follows:

1. The United States Government is unopposed to this motion.

2. The case is currently scheduled for Sentencing on February 23, 2026.

3. Defendant is undergoing psychological evaluation to be used in Sentencing. This evaluation is not yet complete, but Defense Counsel anticipates it will be completed by February 21, 2026.

4. This motion is not made for delay.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Honorable Court grant this motion and reset the Sentencing and all other deadlines for 30 days or whichever date this Honorable Court sees fit.

Respectfully submitted,

PAUL DOYLE & ASSOCIATES, P.C.

By: /s/ Paul Doyle
Paul Doyle
State Bar No. 24011387
Trevor Sharon
State Bar No. 24086579
1221 McKinney St, Ste. 2500
Houston, Texas 77010
Phone (713) 228-9200
Fax    (713) 228-9203
paul@pauldoylelaw.com
trevor@pauldoylelaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of January 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Paul Doyle
Paul Doyle
Attorney for Andrew Venegas

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Luis Batarse, Assistant United States Attorney, stated he was unopposed to this motion.

/s/ Trevor Sharon
Paul Doyle
Attorney for Andrew Venegas