### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4:23–cr–00346

Andrew Venegas

---

### NOTICE OF RESETTING

**A proceeding has been reset in this case as to Andrew Venegas as set forth below.**

**Before the Honorable Kenneth M Hoyt**

**PLACE:**
Courtroom 8B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/28/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Sentencing

---

Date: April 2, 2026 Nathan Ochsner, Clerk
by C. Horace, Deputy Clerk